IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| RHONDA BRASEL, Individually And as Next Best Friend and Guardian of CHRISTOPHER ALBRIGHT and NATHAN K. THOMAS, et al. | | PLAINTIFFS |
| VS. | CASE NO. 04:07-CV-4037 | |
| WEYERHAEUSER COMPANY AND DOES 1 through 100 | | DEFENDANTS |
| JERRY BEARDEN, JR. as Administrator of the Estate of MOSES BEARDEN, JR., Deceased, et al. | | PLAINTIFFS |
| VS. | CASE NO. 04:07-CV-4041 | |
| WEYERHAEUSER COMPANY and DOES 1 through 100 | | DEFENDANTS |

**ORDER**

Following the reassignment of *Jerry Bearden, Jr. as Administrator of the Estate of Moses Bearden Jr., deceased, et al. v. Weyerhaeuser Company and Does 1 through 100*, Case No. 04:07-CV-4041 to this Court's docket, the need has arisen for consolidation of the above-styled cases. Therefore, the cases of *Rhonda Brasel, Individually and as Next Best Friend and Guardian of Christopher Albright and Nathan K. Thomas, et al. v. Weyerhaeuser Company and Does 1 through 100*, Case No. 04:07-CV-4037 and *Jerry Bearden, Jr. as Administrator of the Estate of Moses Bearden Jr., deceased, et al. v. Weyerhaeuser Company and Does 1 through 100*, Case No. 04:07-CV-4041 are hereby consolidated.

*Rhonda Brasel, Individually and as Next Best Friend and Guardian of Christopher Albright*

*and Nathan K. Thomas, et al. v. Weyerhaeuser Company and Does 1 through 100*, Case No. 04:07-CV-4037 shall serve as the lead case, and the Clerk and the parties are instructed to file all further pleadings and documents under that caption and case number. The Clerk is hereby directed to amend the docket sheet of both cases to reflect consolidation.

    **IT IS SO ORDERED**, this 10th day of July, 2007.

                                         /s/Harry F. Barnes
                                         Hon. Harry F. Barnes
                                         United States District Judge