IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RHONDA BRASEL, Individually and as
Next Best Friend and Guardian of
Christopher Albright and Nathan K.
Thomas, et al.                                                                               PLAINTIFFS

VS.                                               CASE NO. 07-CV-4037

WEYERHAEUSER and DOES 1
through 100                                                                                  DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw filed by the attorneys for Plaintiff Betty Simmons. (ECF No. 296). Plaintiff's attorneys are Nicholas H. Patton, Geoffrey P. Culbertson, and Nancy Seidler Eichler. These attorneys seek to be relieved as attorneys of record for Plaintiff Betty Simmons in the above styled and numbered case. Plaintiff's attorneys have provided Betty Simmons's contact information to the Court: 3540 Highway 84W, Umpire, Arkansas 71971.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Nicholas H. Patton, Geoffrey P. Culbertson, and Nancy Seidler Eichler are relieved as attorneys of record for Plaintiff Betty Simmons. Plaintiff Betty Simmons is ordered to notify the Court within thirty (30) days from the entry of this order whether she intends to proceed *pro se* in this matter or with new counsel. If Plaintiff Betty Simmons fails to respond, her claims are subject to dismissal. The Clerk of the Court is directed to mail a copy of this order to Plaintiff along with a Manual for *Pro Se* Litigants.

**IT IS SO ORDERED**, this 7th day of February, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge