IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RHONDA BRASEL, Individually and as
Next Best Friend and Guardian of
Christopher Albright and Nathan K.
Thomas, et al                                                                                                                PLAINTIFFS

V.                                           CASE NO. 4:07cv4037

WEYERHAEUSER COMPANY and DOES 1
through 100                                                                                                                  DEFENDANTS

## ORDER

On February 7, 2014, the Court entered an Order granting a Motion to Withdraw filed by Plaintiff Betty Simmons' counsels. (ECF No. 297). In this motion, the Court ordered Simmons to notify the Court within 30 days whether she intended to proceed *pro se* in this matter or with new counsel. The Court mailed copies of the Order to Simmons.

On March 11, 2014, the Court ordered Simmons to show cause to the Court why she had not responded to the Court's February 7, 2014 Order and why her claims against Defendants should not be dismissed. (ECF No. 301). Simmons' response to the show cause order was due on March 25, 2014.  The Order stated that failure to comply would result in dismissal.  The Court mailed a copy of the Order to Simmons.

Plaintiff has failed to respond to the Show Cause Order and has failed to comply with the Court's February 7, 2014 Order.  Accordingly, the Court finds that Simmons' claims against Defendants should be and hereby are **DISMISSED** pursuant to Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**, this 28th day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge