IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RHONDA BRASEL, Individually and as
Next Best Friend and Guardian of
Christopher Albright and Nathan K.
Thomas, et al.                                                                                    PLAINTIFFS

VS.                              CASE NO. 07-CV-4037

WEYERHAEUSER COMPANY and DOES 1
through 100                                                                                       DEFENDANTS

## ORDER

    All Plaintiffs in this case have been dismissed.  Thus, the Clerk is directed to close this case along with the member case, *Bearden, et al. v. Weyerhaeuser Company, et al.* (4:07-cv-4041).

    **IT IS SO ORDERED**, this 31st day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge